■ In the Matter of the Arbitration between NICHOLAS GIANGUALANO et al., Respondents, and JAY B. BIRNBAUM et al., as Cotrustees of Trust "B" under the Last Will and Testament of BERNARD B. BIRNBAUM, Deceased, Appellants. (Action No. 1.) In the Matter of the Application of JAY B. BIRNBAUM et al., as Cotrustees of Trust "B" under the Last Will and Testament of BERNARD B. BIRNBAUM, Deceased, Appellants, v NICHOLAS GIANGUALANO et al., Respondents. (Action No. 2.) (Appeal No. 2.) [980 NYS2d 852]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered February 6, 2013. The order denied the motion of respondents-petitioners for leave to reargue and renew their cross motion to consolidate certain proceedings in Surrogate's Court, Monroe County.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed, and the order is affirmed without costs.

Same Memorandum as in *Matter of Giangualano (Birnbaum)* (114 AD3d 1233 [Feb. 14, 2014]). Present—Peradotto, J.P., Lindley, Sconiers and Valentino, JJ.